UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff and Judgment Creditor, | * |
| v. | * Court No. 94-MC-18 |
| JOHN B. SLAUGHTER, | * |
| Defendant and Judgment Debtor, | * |
| and | * |
| Banfield Pet Hospital Attn: Macy Enciso, Payroll 8000 NE Tillamook Street Portland, OR 97213 | * |
| Garnishee. | * |

APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, plaintiff and judgment creditor (hereinafter "creditor"), makes application pursuant to 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment upon the judgment entered in the above-captioned case against John B. Slaughter, the defendant and judgment debtor (hereinafter "debtor"), social security number XXX-XX-3602, whose last known address is 648 W. Conway St., Baltimore, MD 21230 in the amount of $65,941.72 plus costs and applicable interest as determined by law.

The debtor has not satisfied the judgment. As of March 10,

2008, there remains due and owing to the creditor by the debtor the sum of $98,778.35.

More than 30 days have passed since demand for payment was made on the debtor. The debtor has not, however, paid the amount due.

The Garnishee is believed to owe or will owe money or property to the debtor or is in possession of property of the debtor, and said property is a nonexempt interest of the debtor.

Respectfully Submitted,

Rod J. Rosenstein
UNITED STATES ATTORNEY

_____

Thomas F. Corcoran
Assistant United States Attorney
36 South Charles Street
4th Floor
Baltimore, Maryland 21201
(410) 209-4800
Trial Bar No. 24894