```
                                          ____ FILED    ____ ENTERED
                                          ____ LODGED   ____ (        )

            UNITED STATES DISTRICT COURT    AUG 1 8 2008
                 DISTRICT OF MARYLAND
                                             DISTRICT OF MARYLAND
UNITED STATES OF AMERICA,      *
                               *
     Plaintiff and             *
     Judgment Creditor,        *
                               *
                               *
     v.                        *    Court No. 94-MC-18
                               *
JOHN B. SLAUGHTER,             *
                               *
     Defendant and             *
     Judgment Debtor,          *
                               *
and                            *
                               *
Banfield Pet Hospital          *
Attn: Macy Enciso, Payroll     *
8000 NE Tillamook Street       *
Portland, OR 97213             *
                               *
     Garnishee.                *
```

### ANSWER OF THE GARNISHEE

_____ BEING DULY SWORN DEPOSES AND SAYS:
       (Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of

_Banfield_____.

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member ___MMI_____ of a

partnership composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

That he/she is the _____ of Garnishee, _____ a corporation, organized under the laws of the State of _____.

On _____, 2008, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above)

Yes   No

1. Judgment Debtor was in my/our employ.

2. Pay period is _____ weekly, ✓ (bi-weekly) _____ semi-monthly, _____ monthly. Enter date present pay period began. (Present means the pay period in which this order and notice of garnishment were served)

Enter date above pay period ends.

3. Enter amount of net wages. Calculate below:

   (a) Gross Pay                        $ 2908.65 (varies)
   (b) Federal income tax               $ 499.24
   (c) F.I.C.A. income tax              $ 222.52
   (d) State income tax                 $ 211.27
   Total of tax withholdings            $ 933.03
   Net Wages                            $ 1975.62
   (a less total of b,c,d)

4. Have there been previous garnishments in effect.  yes

If the answer is yes, describe below.

*Garnishment in effect until balance is paid - estimated 3/09*

5. The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. N/A | | |
| 2. | | |
| 3. | | |
| 4. | | |

Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $ | |
| 2. $ | |
| 3. $ | |
| 4. $ | |

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

_____ [The Garnishee makes the following claim of exemption on the part of Judgment Debtor:]

\_\_\_\_  [Or has the following objections, defenses, or set-offs to Judgment Creditor's right to apply Garnishee's indebtedness to Judgment Debtor upon Judgment Creditor's claim:]

\_\_\_\_  [The Garnishee was then in no manner and upon no account indebted or under liability to the Judgment Debtor, _____, and that the Garnishee did not have in his/her possession or control any property belonging to the Judgment Debtor, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

The Garnishee mailed a copy of this answer by first class mail to (1) the Judgment Debtor, John B. Slaughter at 648 W. Conway St., Baltimore, MD 21230, and (2) the attorney for the United States, Thomas F. Corcoran, Assistant U.S. Attorney, 36 South Charles Street, 4th Floor, Baltimore, Maryland 21201.

_____
Garnishee

Subscribed and sworn to before me this _____ day of _____ 2008.

_____
Notary Public

My Commission expires: _____