UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff and Judgment Creditor, | * |
| v. | * Civil No. 94-MC-18 |
| JOHN B. SLAUGHTER, | * |
| Defendant and Judgment Debtor, | * |
| Banfield Pet Hospital<br>Attn: Macy Enciso, Payroll<br>8000 NE Tillamook Street<br>Portland, OR 97213 | * |
| Garnishee. | * |

CERTIFICATION OF SERVICE OF
DOCUMENTS ON DEFENDANT AND JUDGEMENT DEBTOR

The United States of America, the Plaintiff and Judgement Creditor herein, hereby certifies that a copy of the Application for Writ of Continuing Garnishment and Writ of Continuing Garnishment, along with the initial Clerk's Notice to Defendant and Judgement Debtor was sent to the Defendant and Judgement Debtor by first class mail on July 10, 2008, to the last known address of the Defendant and Judgement Debtor, and service was made upon the Garnishee on August 20, 2008.

ROD J. ROSENSTEIN
UNITED STATES ATTORNEY

By: _____
Thomas F. Corcoran
Assistant United States Attorney
36 South Charles Street
4th Floor
Baltimore, MD 21201
(410) 209-4800
Trial Bar No. 024894