UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff and Judgment Creditor, | * |
| v. | * |
| JOHN B. SLAUGHTER, | * Civil No. 94-MC-18 |
| Defendant and Judgment Debtor, | * |
| Banfield Pet Hospital<br>Attn: Macy Enciso, Payroll<br>8000 NE Tillamook Street<br>Portland, OR  97213 | * |
| Garnishee. | * |

## GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee to obtain payment on a debt due the United States in the amount of $36,393.56, plus additional interest until paid in full.  Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on August 18, 2008, reflecting that Defendant and Judgment Debtor is employed by the Garnishee and stating her weekly wages.  The Garnishee further indicated in the Answer of the Garnishee that there are no previous garnishments.

On August 20, 2008, the Defendant and Judgment Debtor was notified of his right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED that Garnishee pay to Plaintiff and Judgment Creditor the sum of <u>25% of any payments</u> due to Plaintiff and Judgment Creditor and continue said payments until the debt to the Plaintiff and Judgment Creditor is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the Defendant and Judgment Debtor or until further Order of this Court.

_____                                       _____
Date                                                              United States District Judge